EMILY A. FRANK, Respondent, v. MORRIS J. FRANK, Appellant.— Order unanimously reversed, without costs, and motion denied. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of JOHN J. KELLY and Others, Appellants, against JOHN H. DELANEY, Chairman, and Others, Constituting the Board of Transportation, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of ERNEST L. SCHWAB v. JOHN J. McELLIGOTT, as Commissioner, etc., and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of LIBERTUS VAN BOKKELEN, Deceased. CARROLL G. WALTER, as Successor Administrator De Bonis Non, etc. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JAMES H. FAY v. JOHN J. O'CONNOR and Others.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 815.] Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

GEORGE S. WILDEY and Others v. JOHN J. McELLIGOTT, as Fire Chief, etc., and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

MANHATTAN FURNITURE & CARPET CO., INC., v. COMMERCIAL INVESTMENT TRUST, INCORPORATED, and ISIDOR ZELDIN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

DAVID PARIS v. NEWS SYNDICATE CO., INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

THE HORN & HARDART COMPANY v. 115 EAST 14TH STREET COMPANY, INC., and THIRD HOLDING CORPORATION.— Motion for leave to appeal to the Court Appeals granted. [See ante, p. 813.] Motion for reargument denied. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE HORN & HARDART COMPANY v. 115 EAST 14TH STREET COMPANY, INC., and THIRD HOLDING CORPORATION.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 813.] Motion for reargument denied. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JOHN T. CARR LOWE, as Ancillary Administrator c. t. a., d. b. n., etc., of HERBERT A. MANSFIELD, Deceased, v. JACOB HELLERSTEIN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of BLANCHE L. WOHLER for an Order against LEWIS J. VALENTINE, as Police Commissioner, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.